**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7647

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

EDWARD CHARLES HUNTER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (4:04-cr-00122-WDK-JEB-1)

Submitted:  March 23, 2009               Decided:  April 3, 2009

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edward Charles Hunter, Appellant Pro Se. Timothy Richard Murphy, Special Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Charles Hunter appeals the district court's order granting his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006), but refusing to grant a further reduction and refusing to appoint counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hunter, No. 4:04-cr-00122-WDK-JEB-1 (E.D. Va. filed July 8, 2008 & entered July 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED